Charles G. Miller, State Bar No. 39272
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendants
JOHN R. LYNCH, GREGORY A. LONGE,
LOUIS MANCINA, JOHN MAIO, RICHARD BASS

**** E-filed December 16, 2009 ****

BARTKOZANKEL Bartko·Zankel·Tarrant·Miller | Lovitt & Hannan, Inc. of Counsel
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARIAN TANKERSLEY, an individual; and RICHARD DIEHL, an individual,

Plaintiffs,

v.

JOHN R. LYNCH, an individual; GREGORY A. LONGE, an individual; LOUIS MANCINA, an individual; JOHN MAIO, an individual; RICHARD BASS, an individual, and DOES 1-20 inclusive,

Defendants.

Case No. C 09-05763 HRL

**STIPULATION FOR ORDER TO STAY MATTER PENDING ARBITRATION**

**AS AMENDED BY THE COURT**

**BACKGROUND**

1. On or about January 22, 2009, plaintiffs Marian Tankersley and Richard Diehl ("Plaintiffs") filed a demand for arbitration (the "Arbitration") with the American Arbitration Association (the "AAA"), No. 74 114 00073 09 LGB, against Collision on Wheels International, LLC ("CW"), with the hearing scheduled for January 11, 2010. The arbitrator's decision is due within 30 days of the conclusion of the hearing.

2. On or about October 30, 2009, Plaintiffs filed this action in the Superior Court for the State of California for the County of Santa Clara against Defendants John R. Lynch,

Gregory A. Longe, Louis Mancina, John Maio and Richard Bass ("Defendants"). Defendants are all officers and/or employees of CW.

3. On or about December 9, 2009, Defendants filed a notice of removal with this court.

4. The claims pending in the above captioned matter could be affected by the results of the Arbitration.

5. The parties agree that it is in the best interest of themselves and the court to stay all proceedings in this matter until 30 days after an award is entered in the Arbitration.

**STIPULATION**

All parties, through their respective counsel hereby stipulate that, subject to Court approval, the above captioned action shall be stayed until 30 days after an award is entered in the Arbitration, at which time Defendants will have 20 days to file a response to Plaintiffs' complaint.

DATED: December 16, 2009

SINGLER, NAPELL & DILLON, LLP

By //s// Bruce Napell
Bruce Napell
Attorneys for Plaintiffs
MARIAN TANKERSLEY and RICHARD DIEHL

DATED: December 16, 2009

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By
Charles G. Miller
Attorneys for Defendants
JOHN R. LYNCH, GREGORY A. LONGE, LOUIS MANCINA, JOHN MAIO, RICHARD BASS

PURSUANT TO STIPULATION, IT IS SO ORDERED: **the parties shall notify the court when an award is entered in the Arbitration.**
Dated: December 16, 2009

By
UNITED STATES MAGISTRATE JUDGE
HOWARD R. LLOYD

BARTKOZANKEL
Bartko•Zankel•Tarrant•Miller | Lovitt & Hannon, Inc. of Counsel
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152