**\*\* E-filed March 11, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIAN TANKERSLEY, et al., | No. C09-05763 HRL |
| Plaintiffs, | **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| JOHN R. LYNCH, et al., | **[Re: Docket No. 12]** |
| Defendants. | |

Plaintiffs Marian Tankersley and Richard Diehl (collectively, "Plaintiffs") filed suit against John Lynch, Gregory Longe, Louis Maio, and Richard Bass (collectively, "Defendants") alleging violations of Michigan franchise law. Defendants are all officers or employees of Collision on Wheels International LLC ("Collision on Wheels"), a Michigan-based franchisor selling mobile auto body repair system franchises.

In December 2009, the Court granted the parties' stipulation for an order staying the case pending the outcome of arbitration between Plaintiffs and Collision on Wheels. Docket No. 8. The Court instructed the parties to notify it when the arbitrator issued a final award. Docket No. 11. The arbitrator issued a final award on February 22, 2011; Plaintiffs notified the Court of this fact the same day. Docket No. 12.

Pursuant to this Court's previous order, the case will remain stayed until March 24, 2011 (i.e., 30 days after issuance of the final award). In the meantime, an initial case management

1  conference will be set for May 24, 2011 at 1:30 p.m. The parties shall file a joint case management
2  statement no later than May 17, 2011.
3  **IT IS SO ORDERED.**
4  Dated: March 11, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-05763 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Bruce Jonathan Napell | bjn@singler-law.com |
| Bryan W. Dillon | bwd@singler-law.com |
| Charles G. Miller | cmiller@bztm.com, pbrown@bztm.com |
| Jason David Maynard | jdm@singler-law.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**